**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DREMA ODELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CIT BANK, Formerly One West Bank,** | : | |
| **N.A. and SAFEGUARD PROPERTIES** | : | **NO. 17-1850** |

## ORDER

**NOW**, this 24th day of August, 2017, upon consideration of the Defendant Safeguard Properties Management, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 3), the plaintiff's response, the defendant's reply, and the plaintiff's response to the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts IV, V, and VI of the complaint are **DISMISSED** as to defendant Safeguard Properties.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.